ROANNE L. MANN  DATE: June 4, 2015
UNITED STATES MAGISTRATE JUDGE  START: 3:00 p.m.
END: 3:20 pm

DOCKET NO: 14-CV-6490 (RRM)
CASE: Torres v. City of New York et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Gabriel Harvis |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
| City defendants | Rosemari Nam |
| P.O. Ruiz | Richard Signorelli |
|  |  |

- [x] **FACT** DISCOVERY TO BE COMPLETED BY November 4, 2015
- [x] NEXT ~~(Settlement)~~ CONFERENCE SCHEDULED FOR October 1, 2015 at 10:30 AM
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
- [ ] PL. TO SERVE DEF. BY: ___ DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court extends defendant Ruiz's deadline for answering the complaint to June 18, 2015. The parties shall complete automatic disclosures by that same date.

Pleadings may be amended and new parties added until July 20, 2015.

The Court defers setting dates for expert discovery and requests for a premotion conference.